B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Component Sourcing, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2939393** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1145 Jansen Farm Drive**<br>**Elgin, IL**<br>ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) <span style="float:right">**Page 2**</span>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Global Component Sourcing, Ltd.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

**Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Component Sourcing, Ltd.** |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number
**July 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alois Hartmann**
Signature of Authorized Individual
**Alois Hartmann**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**July 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Global Component Sourcing, Ltd.**                          Case No. _____
                                    Debtor(s)          Chapter   **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A.Jate Steel Co.<br>5F-2, No 395, Sec.1 Lin-Sen Rd.<br>Tainan #701<br>Taiwan, Republic of China | A.Jate Steel Co.<br>5F-2, No 395, Sec.1 Lin-Sen Rd.<br>Tainan #701<br>Taiwan, Republic of China | | | 94,660.36 |
| Canatex Industrial Co., Ltd.<br>No. 253, Lin-Ding St., Jen-Te<br>Tainan County<br>Taiwan | Canatex Industrial Co., Ltd.<br>No. 253, Lin-Ding St., Jen-Te<br>Tainan County<br>Taiwan | | | 69,680.49 |
| Capito Enterprises<br>190 Ellis Road<br>Lake in the Hills, IL 60156 | Capito Enterprises<br>190 Ellis Road<br>Lake in the Hills, IL 60156 | | | 14,556.01 |
| Chan Hsiung Factory Co., Ltd.<br>400, Min Tsu Road, Alian Hsiang<br>Kaohsiung Hsien<br>Taiwan R.O.C. | Chan Hsiung Factory Co., Ltd.<br>400, Min Tsu Road, Alian Hsiang<br>Kaohsiung Hsien<br>Taiwan R.O.C. | | | 11,948.09 |
| Chem-Plate Industries, Inc.<br>P.O. Box 85070<br>Chicago, IL 60680-0851 | Chem-Plate Industries, Inc.<br>P.O. Box 85070<br>Chicago, IL 60680-0851 | | | 4,719.39 |
| Curtis Metal Finishing Co.<br>P.O. Box 276<br>Troy, MI 48099-0276 | Curtis Metal Finishing Co.<br>P.O. Box 276<br>Troy, MI 48099-0276 | | | 14,392.34 |
| Fastnet Corp.<br>11F-5 No. 395 Sec. 1 Linsen Rd.<br>Tainan 70151<br>Taiwan | Fastnet Corp.<br>11F-5 No. 395 Sec. 1 Linsen Rd.<br>Tainan 70151<br>Taiwan | | | 42,991.51 |
| Giga Fasteners Solutions Co., Ltd.<br>19F-1, No.615, SEC.2, TA Tung Rd.<br>Tainan<br>Taiwan | Giga Fasteners Solutions Co., Ltd.<br>19F-1, No.615, SEC.2, TA Tung Rd.<br>Tainan<br>Taiwan | | | 48,415.18 |
| Healthcare Services Corp.<br>233 N. Michigan Avenue<br>Chicago, IL 60601 | Healthcare Services Corp.<br>233 N. Michigan Avenue<br>Chicago, IL 60601 | | | 10,076.56 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Global Component Sourcing, Ltd.**                                    Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **HSIN JUI Hardware Enterprises Co.**<br>**No. 23, Lane 339, Chungshan 1st Rd.**<br>**Luchou Dist., New Taipei City**<br>**Taiwan** | **HSIN JUI Hardware Enterprises Co.**<br>**No. 23, Lane 339, Chungshan 1st Rd.**<br>**Luchou Dist., New Taipei City**<br>**Taiwan** | | | **18,980.29** |
| **Jerome C. Johnson, Esq.**<br>**Galanis, Pollack, Jacobs & Johnson**<br>**839 N. Jefferson St., Suite 200**<br>**Milwaukee, WI 53202** | **Jerome C. Johnson, Esq.**<br>**Galanis, Pollack, Jacobs & Johnson**<br>**839 N. Jefferson St., Suite 200**<br>**Milwaukee, WI 53202** | | | **6,000.00** |
| **Modern Plating**<br>**701 S. Hancock Avenue**<br>**P.O. Box 838**<br>**Freeport, IL 61032** | **Modern Plating**<br>**701 S. Hancock Avenue**<br>**P.O. Box 838**<br>**Freeport, IL 61032** | | | **5,875.53** |
| **Rexlen Corporation**<br>**10f-2, 288, Erh-Sheng 1st Rd.**<br>**Kaohsiung 806**<br>**Taiwan** | **Rexlen Corporation**<br>**10f-2, 288, Erh-Sheng 1st Rd.**<br>**Kaohsiung 806**<br>**Taiwan** | | | **75,501.87** |
| **Screw Tech Industry Co., Ltd.**<br>**7F., No. 15 Wucyuan 5 Wugu, Taipei**<br>**Taiwan**<br>**ROC 248** | **Screw Tech Industry Co., Ltd.**<br>**7F., No. 15 Wucyuan 5 Wugu, Taipei**<br>**Taiwan**<br>**ROC 248** | | | **22,861.63** |
| **Stone, Prgrund & Korey**<br>**One East Wacker Drive**<br>**Suite 2610**<br>**Chicago, IL 60601** | **Stone, Prgrund & Korey**<br>**One East Wacker Drive**<br>**Suite 2610**<br>**Chicago, IL 60601** | | | **6,080.00** |
| **Susan L. Hartmann n/k/a Zavodny**<br>**c/o Gitlin Law Firm**<br>**663 E. Calhoun Street**<br>**Woodstock, IL 60098** | **Susan L. Hartmann n/k/a Zavodny**<br>**c/o Gitlin Law Firm**<br>**663 E. Calhoun Street**<br>**Woodstock, IL 60098** | | | **283,491.58** |
| **Unistrong Industrial Co., Ltd.**<br>**No.591-1 Chung Min Rd.**<br>**Tainan**<br>**Taiwan R.O.C.** | **Unistrong Industrial Co., Ltd.**<br>**No.591-1 Chung Min Rd.**<br>**Tainan**<br>**Taiwan R.O.C.** | | | **62,133.45** |
| **Valley Fastener Group, LLC**<br>**P.O. Box 2790**<br>**Aurora, IL 60507** | **Valley Fastener Group, LLC**<br>**P.O. Box 2790**<br>**Aurora, IL 60507** | | | **5,461.50** |
| **Your It Dept.**<br>**2142 Harrison Street**<br>**Glenview, IL 60025** | **Your It Dept.**<br>**2142 Harrison Street**<br>**Glenview, IL 60025** | | | **4,796.66** |
| **Zip Fastener Products, Inc.**<br>**5026  27th Avenue**<br>**Rockford, IL 61109** | **Zip Fastener Products, Inc.**<br>**5026  27th Avenue**<br>**Rockford, IL 61109** | | | **6,551.57** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Global Component Sourcing, Ltd.**                                        Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July 14, 2011**                          Signature    **/s/ Alois Hartmann**

**Alois Hartmann**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Global Component Sourcing, Ltd.**                                    Case No. _____
                                         Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **84**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 14, 2011**                          **/s/ Alois Hartmann**
                                                    **Alois Hartmann**/**President**
                                                    Signer/Title

A-Tech Computer Service, Inc.
296 Williams Place
Dundee, IL 60118

.

A.Jate Steel Co.
5F-2, No 395, Sec.1 Lin-Sen Rd.
Tainan #701
Taiwan, Republic of China

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0001

Alois Hartmann/Trust #2834EG
Buiding Account
1145 Jansen Farm Drive
Elgin, IL 60123

American First Aid Services, Inc.
784 Church Road
Elgin, IL 60123

Assurant Employee Benefits
P.O. Box 806644-1
Kansas City, MO 64180-6644

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017

Bank of the West
P.O. Box 4002
Concord, CA 94524-4002

Burris Contracting & Snowplow
P.O. Box 5982
Elgin, IL 60121-5982

Canatex Industrial Co., Ltd.
No. 269, Lin-Ding St.,Guen-Te
Tainan County
Taiwan

Capito Enterprises
190 Ellis Road
Lake in the Hills, IL 60156

Caplugs
2150 Elmwood Avenue
Buffalo, NY 14207

Champion Container Corp.
430 Wrightwood
Elmhurst, IL 60126

Chan Hsiung Factory Co., Ltd.
400, Min Tsu Road, Alian Hsiang
Kaohsiung Hsien
Taiwan R.O.C.

Chem-Plate Industries, Inc.
P.O. Box 85070
Chicago, IL 60680-0851

City of Elgin
Water Department
150 Dexter Ct.
Elgin, IL 60120-5557

Cleary Pallet Sales, Inc.
P.O. Box 100
Genoa, IL 60135

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Conpac Group
1201 W. Remington Road
Romeoville, IL 60446

Country Gas Company
P.O. Box 269
Wasco, IL 60183

Covisint
One Campus Martius
Detroit, MI 48226

CSM Fastener Products Co.
2451 Estes Avenue
Elk Grove Village, IL 60007

Curtis Metal Finishing Co.
P.O. Box 276
Troy, MI 48099-0276

Dearborn National
36788 Eagle Way
Chicago, IL 60678-1368

DHL Express
16592 Collections Center Drive
Chicago, IL 60693

DLS Internet Services, Inc.
950 Oak Street
Lake in the Hills, IL 60156

Dream Hill Co., Ltd.
No. 301 Hyosung Plaza 538-1
Sang-Dong, Wonmi-Gu
Bucheon City

E/M Coating Services
Dept. CH 14130
Palatine, IL 60055-4130

Excalibur Registrations, Inc.
6029 14 Mile Road
Suite 200
Sterling Heights, MI 48312

Fastnet Corp
11F-5 No. 395 Sec. 1 Linsen Rd.
Tainan 70151
Taiwan

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

Manpower
1415 Corporate Blvd.
Aurora, IL 60502

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

HSIN JUI Hardware Enterprises Co.
No. 23, Lane 339, Chungshan 1st Rd.
Luchou Dist., New Taipei City
Taiwan

Matenaer Corporation
810 Schoenhaar
West Bend, WI 53090-2698

FJ Bero & Co., Inc.
1629 Weld Road
Elgin, IL 60123

Humana Dental
1100 Employers Blvd.
Green Bay, WI 54344

Midwest Van Express
P.O. Box 725
Algonquin, IL 60102

Forest City Technologies, Inc.
P.O. Box 92243
Cleveland, OH 44193

Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201

Modern Plating
701 S. Hancock Avenue
P.O. Box 838
Freeport, IL 61032

Genesis Outsourcing Services
RI De Mission De Bucarelli Nr 3
El Marques 76249
Que Mexico

Inflight Express, Inc.
P.O. Box 180
Bensenville, IL 60106

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

Giga Fasteners Solutions Co., Ltd.
19F-1, No.615, SEC.2, TA Tung Rd.
Tainan
Taiwan

J.D. Machining
57 Center Drive
Unit B
Gilberts, IL 60136

Nubridges
Dept AT 952956
Atlanta, GA 31192-2956

Grange Mutual Casulaty Company
P.O. Box 740604
Cincinnati, OH 45274-0604

Jerome C. Johnson, Esq.
Galanis, Pollack, Jacobs & Johnson
839 N. Jefferson St., Suite 200
Milwaukee, WI 53202

Professional Insurance Company
P.O. Box 80637
Lincoln, NE 68501

Groot Industries, Inc.
P.O. Box 309
Elk Grove Village, IL 60009

Kadlec Electric, Inc.
1712 Berkley St.
Unit G
Elgin, IL 60121-0907

Progressive
P.O. Box 30108
Tampa, FL 33630-3108

H&M Limousine Service, Inc.
1079 Rock Road Ct.
P.O. Box 410
Dundee, IL 60118

Kane County Collector
P.O. Box 4000
Geneva, IL 60134-3099

R&M Trucking Company
3720 River ROad
Suite 100
Franklin Park, IL 60131

Healthcare Services Corp.
233 N. Michigan Avenue
Chicago, IL 60601

Loomis
c/o Randall Loomis
1190 Anvil Drive
Machesney Park, IL 61115

Rexlen Corporation
10f-2, 288, Erh-Sheng 1st Rd.
Kaohsiung 806
Taiwan

Schlack & McGinnity, P.C.
20 North Clark Street
Suite 2200
Chicago, IL 60602-4109

The State Expedited Service, Inc.
P.O. Box 307
Perrysburg, OH 43552

Vanguard Cleaning Systems
800 Roosevelt Rd.
Building A-318
Glen Ellyn, IL 60137

Screw Tech Industry Co., Ltd.
7F., No. 15 Wucyuan 5 Wugu, Taipei
Taiwan
ROC 248

U.S. Customs and Border Protection
Attn:  FP&F
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

Weiss Lawn Care
718 Illinois Street
Geneva, IL 60134

Shadow Forklift Services Inc.
P.O. Box 101
Kingston, IL 60145-8123

Unistrong Industrial Co., Ltd.
No.591-1 Chung Min Rd.
Tainan
Taiwan R.O.C.

Your It Dept.
2142 Harrison Street
Glenview, IL 60025

Source One Office Products
380 Production Drive
South Elgin, IL 60177

United Parcel Services
Lockbox 577
Carol Stream, IL 60132-0577

Zip Fastener Products, Inc.
5026  27th Avenue
Rockford, IL 61109

Sprint PCS
P.O. Box 4191
Carol Stream, IL 60197-4191

United States Postal Service
CMRS-POC
Carol Stream, IL 60132-0575

Stone, Prgrund & Korey
One East Wacker Drive
Suite 2610
Chicago, IL 60601

US Bank National Association
P.O. Box 6345
Fargo, ND 58125-6345

Susan L. Hartmann n/k/a Zavodny
c/o Gitlin Law Firm
663 E. Calhoun Street
Woodstock, IL 60098

USF Holland Motor Express
27052 Network Place
Chicago, IL 60673-1270

SWD, Inc.
910 S. Stiles Drive
Addison, IL 60101-4913

V.I.M Recyclers, L.P.
P.O. Box 755
Glen Ellyn, IL 60138

The Bradley Group
16679 Collections Center Drive
Chicago, IL 60693

Valley Fastener Group, LLC
P.O. Box 2790
Aurora, IL 60507

The Calibration Solution
9865 N. Alpine Rd.
Machesney Park, IL 61115

Vamp Company
280555 Fort Street
(M-85)
Trenton, MI 48183